

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Gabriel Morin,                     * From the 132nd District Court
                                            of Scurry County,
                                            Trial Court No. 10786.

Vs. No. 11-23-00014-CR               * July 20, 2023

The State of Texas,                        * Memorandum Opinion by Bailey, C.J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete the restitution of $4,130 payable to the Scurry County Community Supervision and Corrections Department, as well as the requirement for Appellant to pay court-appointed attorney's fees of $600. We also modify the district clerk's bill of costs to delete the court appointed attorney's fees in the amount of $600 that were ordered to be assessed against Appellant. As modified, we affirm the judgment of the trial court.